[No. 65043-2-I.   Division One.   May 31, 2011.]

MARLENE SANDLAND, *Appellant*, v. SAFEWAY STORES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-17198-0, Laura Gene Middaugh, J., entered February 4, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 65053-0-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PIERCE SHEARER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01189-6, Charles R. Snyder, J., entered February 25, 2010. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.

[Nos. 65069-6-I; 66060-8-I.   Division One.   May 31, 2011.]

DISCOVER BANK, *Respondent*, v. LESA M. BUTLER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Island County, No. 09-2-00802-1, Vickie I. Churchill, J., entered February 22, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.

[No. 65072-6-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW STEAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00704-1, Charles R. Snyder, J., entered March 16, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Appelwick, JJ.